United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3930

_____

Leland F. Erickson,                          *
                                             *
            Appellant,                       *
                                             *
      v.                                     *   Appeal from the United States
                                             *   District Court for the
Commissioner of the Internal Revenue         *   District of Minnesota.
Service; District Director, Internal         *
Revenue, District of St. Paul; Cassandra     *        [Unpublished]
Black, Revenue Agent; Rebecca Olson,         *
Group Manager,                               *
                                             *
            Appellees.                       *

_____

Submitted:  June 5, 1997
Filed:  July 9, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Leland F. Erickson appeals from the district court's[1] denial of his motion to quash Internal Revenue Service summonses.  After reviewing the record and the parties'

_____

      [1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

submissions, we find that the district court did not clearly err in denying Erickson's motion.  See Fortney v. United States, 59 F.3d 117, 119 (9th Cir. 1995).   Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.